The offense is drunkenness in a public place; punishment, a fine of $10.

The record before us fails to disclose that notice of appeal was given and entered upon the minutes of the court below. In the absence of such a showing this court is without jurisdiction to determine the matters presented for review. Art. 827, C.C.P.

The appeal is dismissed.

WHITE v. STATE.
No. 20883.

Court of Criminal Appeals of Texas.
March 6, 1940.

L. L. Bruhl and Wilburn Oatman, Jr., both of Llano, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

Upon appellant's plea of guilty to the offense of robbery with firearms, and the waiver of a trial by jury, the court assessed his penalty at five years confinement in the penitentiary.

The record before us contains neither a statement of facts nor bills of exception. The indictment seems to be in proper form. All matters of procedure appearing regular, the judgment will be affirmed.